IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:24-CV-00148-M-RN

LISA CLAYTON,

    Plaintiff,

v.                                          ORDER

FRANK J. BISIGNANO,
*Commissioner of Social Security*,

    Defendant.

This matter comes before the court on the Memorandum and Recommendation ("M&R") issued by United States Magistrate Judge Robert T. Numbers, II [DE 20]. Therein, Judge Numbers recommends that the court grant Plaintiff's request for relief [DE 14], deny Defendant's request for relief [DE 18], and remand this matter to the Commissioner for further proceedings. DE 20 at 23. The M&R, along with instructions and a deadline for filing objections, was served on the parties on December 12, 2025. *See id.* Neither party filed a timely objection.

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. *See Diamond*, 416 F.3d at 315. For the reasons stated therein, Plaintiff's motion for relief [DE 14] is GRANTED, and this matter is REMANDED to the Commissioner for further proceedings consistent with this order. The Commissioner SHALL conduct an additional hearing at which Plaintiff is given the opportunity to testify. The Clerk of Court is DIRECTED to close this case.

SO ORDERED this ___12th___ day of January, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2